UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Jacksonville Division)

CARLANA WHEELER,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1. Experian is a named Defendant in Civil Action No. 16-2026-CA-002053-AXXX-MA filed by Plaintiff Carlana Wheeler ("Plaintiff") in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida (the "State Court Action") on March 23, 2026.

2. This Notice is being filed with this Court within 30 days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

3. This Court is the proper district court for removal because the State Court Action is pending within this district.

4. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto.

5. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6. The claims for relief against Defendants alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq*. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

7. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

June 3, 2026

Respectfully submitted,

s/ *Maria H. Ruiz*
Maria H. Ruiz
Florida Bar No. 182923
Kasowitz LLP
201 S. Biscayne Blvd., Suite 2550
Miami, Florida 33131
Tel. (786) 587-1044
Fax. (305) 675-2601
MRuiz@kasowitz.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I caused the foregoing to be served by electronic and U.S. Mail on counsel of record as set forth below:

TALAL RASHID, ESQ.
Florida Bar No. 1010307
E-mail: Talal@pz1g.legal
VICTOR ZABALETA, ESQ.
Florida Bar No. 118517
E-mail: Victor@pz1g.legal
PATTI ZABALETA LAW GROUP
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Phone: 305-332-6201
COUNSEL FOR PLAINTIFF

/s/ *Maria H. Ruiz*
Maria H. Ruiz