**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CARLANA WHEELER,

Plaintiff,

v. Case No. 3:26-cv-1449-MMH-LLL

EXPERIAN INFORMATION
SOLUTIONS, INC.,

Defendant.
_________________________________/

# ORDER

**THIS CAUSE** is before the Court on the Joint Notice of Settlement (Dkt. No. 14; Notice) filed on July 13, 2026. In the Notice, the parties advise the Court that they have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **September 14, 2026**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **September 14, 2026**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of July, 2026.

Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record